UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

     Plaintiff,

v.                                                                    Case No: 8:16-CV-1088-T-27MAP

KB STAFFING, LLC,

     Defendant.

_____/

## ORDER

**BEFORE THE COURT** is KB Staffing's Motion for Summary Judgment and Attorneys' Fees (Dkt. 36). Local Rule 3.01(a) requires any motion to be included "in a single document not more than twenty-five (25) pages." Defendant's Motion for Summary Judgment (Dkt. 36) does not comply with the Local Rules and Defendant has not moved for leave of court to exceed these page limits in accordance with Local Rule 3.01(d). Accordingly, the motion is **STRICKEN.** Defendant may refile its motion within 5 days.

**DONE AND ORDERED** this ___4ᵗʰ___ day of April, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record