IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,                      Case No. 8:16-cv-01088-JDW-MAP

vs.

KB STAFFING, LLC,

        Defendant.

_____/

## CONSENT DECREE

This Consent Decree ("Decree") is made and entered into by and between Plaintiff Equal Employment Opportunity Commission ("EEOC"), and Defendant KB Staffing, LLC ("Defendant" or "KB Staffing"). EEOC and KB Staffing are collectively referred to as the "Parties" throughout this Decree.

### INTRODUCTION

1.     EEOC filed this action on May 5, 2016, under the Americans with Disabilities Act, 42 U.S.C. §12101, *et seq.* ("ADA"), as amended by the Americans with Disabilities Act Amendments Act of 2008 ("ADAAA"), Pub. L. No. 110-325, 122 Stat 3553 (2008) (codified as amended in scattered sections of 42 U.S.C.), and Title I of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.     The EEOC alleged that Defendant violated the ADA, as amended, by making unlawful pre-employment inquiries and by maintaining and/or using the information obtained in those questionnaires in a manner inconsistent with the ADA.

3. In the interest of resolving this matter, to avoid further cost of litigation, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be finally resolved by entry of this Decree.

4. No waiver, modification or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties. By mutual agreement of the Parties in writing, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Decree.

5. If one or more of the provisions are rendered unlawful or unenforceable, the parties shall make good faith efforts to agree upon appropriate amendments to this Decree in order to effectuate the purposes of the Decree. In any event, the remaining provisions will remain in full force and effect unless the purposes of the Decree cannot, despite the Parties' best efforts, be achieved.

6. This Decree fully and finally resolves all claims asserted by EEOC in the Complaint filed by EEOC (Case No: 8:16-cv-01088-JDW-MAP), and arising from EEOC Charge Number 511-2013-00602. This Decree in no way affects EEOC's right to bring, process, investigate or litigate other charges that may be in existence or may later arise against KB Staffing in accordance with standard EEOC procedures.

## FINDINGS

7. Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record, and stipulations of the parties, the Court finds the following:

   a. This Court has jurisdiction over the subject matter of this action and the Parties and will retain jurisdiction for the duration of this Decree.

   b. No party shall contest the jurisdiction of this Federal Court to enforce this Decree and its terms or the right of EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Decree.

   c. The terms of this Decree are adequate, fair, reasonable, equitable, and just. The rights of the Charging Party and the public interest are adequately protected by this Decree.

   d. This Decree conforms to the Federal Rules of Civil Procedure and Americans with Disabilities Act and is not in derogation of the rights or privileges of any person. The entry of this Decree will further the objectives of the ADA and will be in the best interests of the Charging Party, Class Members, KB Staffing, EEOC and the public.

   e. The terms of this Decree are and shall be binding upon the present and future representatives, agents, directors, officers, successors and assigns of KB Staffing.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

**DURATION OF THE DECREE & RETENTION OF JURISDICTION**

8. All provisions of this Decree shall be in effect (and the Court will retain jurisdiction of this matter to enforce this Decree) for a period of three (3) years, which period commences immediately following entry of the Decree, provided, however, that if, at the end of the three (3) year period, any disputes remain unresolved, the term of the Decree shall be automatically extended (and the Court will retain jurisdiction of this matter to enforce the Decree) until such time as all such disputes have been resolved.

## CLASS MONETARY RELIEF

9. **Award.** KB Staffing shall pay a total of $22,500 ("Award") to KB Staffing applicants and/or employees determined by the EEOC in its sole discretion to victims of disability discrimination by having been subjected to pre-employment medical inquires in violation of the ADA. ("Class Members").

10. Within fourteen (14) calendar days of the entry of this Decree, KB Staffing will provide EEOC with an electronic file that contains list of names, last known phone numbers, addresses, email addresses, social security numbers, and dates of employment of all individuals who are known to have completed the Pre-Offer Health Questionnaire at issue.[1]

11. EEOC, within ninety (90) calendar days of receipt of that list, EEOC will provide the KB Staffing with a list of Class Members and corresponding award amounts. KB Staffing will not challenge or in any way contest EEOC's selection of Class Members or allocation of

---

[1] The electronic file shall be submitted on a compact disc (CD-ROM), DVD, USB drive, or other portable hard drive, that consists of the records described above wherein the records are divided into fields separated by a delimiter and every record has the same sequence of fields. Acceptable file formats include MS Excel Files (.xls, .xlsx), MS Access database (.accdb, .mdb) comma separated values file (.csv), or comma delimited text file (.txt). Image files (such as .pdf or .tiff files) and printed copies of the database do not satisfy the requirement for an electronic file.

4

the Award. All payments to Class Members shall constitute compensatory and punitive damages. Within 30 days of the receipt of EEOC's list, KB Staffing will issue an award check and IRS 1099 form to each Class Member. Copies of the payments and IRS 1099 forms shall be sent contemporaneously to the attention of "Brandi Meredith, RE: KB Staffing Consent Decree" at US Equal Employment Opportunity Commission, Tampa Field Office, 501 E. Polk St. Suite 1000, Tampa, FL 33602 or Brandi.Meredith@eeoc.gov.

12. In the event that all monies in the fund are not distributed to Class Members, the remainder of the fund shall be provided to the nonprofit organization The Able Trust, 3320 Thomasville Road, Suite 200, Tallahassee, Florida 32308. Under no circumstances shall KB Staffing retain any of the Award.

## INJUNCTIVE RELIEF PROVISIONS

13. **Hiring Without Regard to Medical Condition or Disability.** KB Staffing, its owners, representatives, agents, managers, successors and assigns agree to consider all applicants for employment on an equal basis without regard to medical condition and/or disability.

14. **Permanent Injunction.** KB Staffing, its owners, representatives, agents, managers, successors and assigns are permanently enjoined from: (a) requesting and/or seeking medical and/or disability related information from applicants and/or employees prior to offering employment; (b) using medical and/or disability related information in a manner inconsistent with the ADA; (c) applying criteria to screen out applicants or employees with disabilities unless the exclusionary criteria is job-related and consistent with business necessity and

performance of the essential functions cannot be accomplished with reasonable accommodation as required by the Americans with Disabilities Act, as amended; (d) complying with customer requests to use medical information in a manner which violates the Americans with Disabilities Act, as amended; and (e) disqualifying persons who are currently able to perform the essential functions of a job, either with or without an accommodation, because of fear or speculation that a disability identified as a result of a medical inquiry or examination may indicate a greater risk of future injury, or absenteeism, or may cause future workers' compensation or insurance costs, unless such risk would qualify as a direct threat under the ADA.

15. **Affirmative Recruitment of Individuals with Disabilities.** Within thirty (30) calendar days of the entry this Decree, KB Staffing shall make individuals with disabilities aware of job opportunities and job vacancies in Florida during the duration of this Decree. KB Staffing shall do so by placing vacancy announcements and/or job postings at the following: Hillsborough Community College, University of Central Florida, and University of South Florida. Applicants who respond shall be treated as any other applicant and shall have their application processed like any other applicant. KB Staffing agrees that all advertisements and/or postings for job vacancies as required by Paragraph 16 must indicate that KB Staffing is an equal opportunity employer that employs persons regardless of race, religion, color, national origin, sex, disability, age (40 and over), veteran status, and other protected status as required by applicable law.

16. **Equal Employment Opportunity Recruiting.** KB Staffing shall indicate that KB

Staffing is an equal opportunity employer that employs persons regardless of race, religion, color, national origin, sex, disability, age (40 and over), veteran status, and other protected status as required by applicable law on its website and in all advertisements and postings for all job vacancies. Additionally, KB Staffing will post a statement to this effect in the area of its office frequented by job applicants.

17. **Adoption and Distribution of Policy Regarding Disability Discrimination.** Within thirty (30) calendar days of the entry of this Consent Decree, KB Staffing shall create and implement a disability discrimination policy (the "Policy"). The Policy must clearly define prohibited conduct and specifically prohibit disability discrimination against all employees and applicants for employment. Specifically, at a minimum, the Policy:

    a. Shall state that KB Staffing is committed to compliance with the Americans with Disabilities Act, as amended, and similar state laws and will engage in the interactive process with an employee or applicant who requests accommodation, whether communicated to KB Staffing through the post-offer medical examination process or otherwise.

    b. Shall provide that KB Staffing shall not fail to make an offer of employment to a qualified candidate based on that job applicant's medical or disability information or perceived medical or disability problems.

    c. Shall provide that KB Staffing will cease using health questionnaires and KB Staffing will destroy any medical questionnaires that it currently maintains regarding any applicants and/or employees.

18. A copy of the Policy will be provided to the EEOC for review within thirty (30) calendar days of the entry of this Decree. Within seven (7) calendar days of the policy adoption, KB Staffing shall distribute copies of the Policy to each of KB Staffing's internal employees and managers. Additionally, a copy of the Policy shall be distributed to each job applicant to whom KB Staffing offers employment conditioned on the results of a medical examination and to all new employees. A copy of the Policy shall also be included in any relevant policy or employee manuals or handbooks maintained by KB Staffing. The Policy must be kept and maintained in a conspicuous and accessible place for all employees of KB Staffing and printed in a font that is easily legible (at least 12 point font)

19. **Management Training.** KB Staffing shall provide its CEO, president, general managers, human resources personnel, supervisors, and placement staff with four (4) hours of live training annually, for each of the next three (3) years (the "Management Training"). The first Management Training shall take place within ninety (90) calendar days of the entry of this Decree. The Management Training will be recorded and made available for any subsequent hires to view upon hire for a period of one year. The second Management Training session shall take place within sixty (60) days of the first anniversary date of the effective date of this Consent Decree. The third Management Training session shall take place within sixty (60) days of the second anniversary date of the effective date of this Consent Decree. The Management Training shall include the following: (1) an explanation of the prohibition against disability discrimination, including the ADA/ADAAA's requirements regarding medical examinations and screenings; (2) a discussion of disability

8

discrimination that may arise from acquiescence to customers' biased preferences; and (3) an explanation of the rights and responsibilities of managers, supervisors, and employees under the ADA/ADAAA and KB Staffing's Policy. The Management Training shall be conducted by an employment lawyer admitted to practice in Florida working with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. KB Staffing shall provide EEOC with at least three (3) weeks' notice before conducting training sessions pursuant to this Judgment. In the written notice, KB Staffing shall notify EEOC of the dates on which training is scheduled, the name and job title of the person(s) who will conduct the training, and the name and job title of each person who will attend the training. If the EEOC objects to the proposed trainer, it shall have five (5) days to propose no less than three (3) alternative trainers from the Tampa office of Ogletree Deakins. The EEOC may, at the EEOC's discretion, attend any training session.

20. **Posted Notice.** Within ten (10) calendar days from the Court's entry of this Decree, KB Staffing shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as <u>Exhibit A</u> to this Judgment at all of KB Staffing's facilities in a conspicuous location or locations, easily accessible to and commonly frequented by KB Staffing's applicants and employees (*i.e.* employee bulletin board or lunch room). The Notice shall remain posted for three (3) years from the date of entry of this Decree. KB Staffing shall take all reasonable steps to ensure that the posting is not altered, defaced or covered by any other material.

21. **Recordkeeping.** For the duration of this decree and for the period of one (1) year after, KB Staffing will maintain:

   a. the application materials, including any attachments or questionnaires, of all applicants for any position at KB Staffing;

   b. a copy of all advertisement and postings for vacancies made pursuant to Paragraph 15 above;

   c. records relating to any complaints of disability discrimination, including documentation of any action or investigation taken by KB Staffing in response to such complaints; and

   d. records of each request for reasonable accommodation from applicants and/or employees of KB Staffing, including the outcome of that request.

22. **Monitoring and Reporting**

   a. KB Staffing shall make all documents or records referred to in paragraph 21 above available for inspection and copying within twenty (20) calendar days after the EEOC so requests. KB Staffing shall require personnel within its employ whom the EEOC reasonable requests to cooperate with the EEOC and to be interviewed for the purposes of verifying compliance with this Consent Decree.

   b. KB Staffing shall furnish to EEOC written reports annually for a period of three (3) years following entry of this Judgment. The report shall be due one

(1) each year after entry of this Consent Decree. Each such report shall contain:

(1) A certification by KB Staffing that it has not made disability-related inquiries which are not consistent with business necessity and has maintained the confidentiality of its employees' medical information;

(2) A list containing the name, address, and phone number of each individual who was either not hired by KB Staffing or who was terminated by KB Staffing because it was determined that such individual did not successfully complete a medical screening or physical examination, including the reason(s) for such determination;

(3) With respect to each complaint of disability discrimination during the reporting period, KB Staffing shall provide: (a) a list containing the name, address, and phone number of each individual who filed a complaint of discrimination based on disability, including perceived disability; (b) a description of what action, if any, KB Staffing took in response to the complaint of disability discrimination; and (c) the resolution of each complaint occurring within the one (1) year period preceding the report; and

(4) With respect to each request for accommodation, KB Staffing shall provide: (a) the date of the request, (b) the name, address, phone number of each individual who made a request for accommodation, (c) the employment status of the requestor (applicant or employee), (d) medical condition if

11

known, (e) type of accommodation requested, and (f) whether that request was granted or denied. To the extent that KB Staffing denies a request for an accommodation, KB Staffing shall provide all reasons why the request was denied. In the event there are no individuals who were either not hired by KB Staffing or who were terminated because they did not successfully complete a medical screening or physical examination, and/or no complaints of discrimination or requests for accommodation to report pursuant to this paragraph, KB Staffing shall send the EEOC a report indicating no such activity occurred.

## DISPUTE RESOLUTION

23. In the event that EEOC believes that KB Staffing has failed to comply with any provision(s) of the Decree, EEOC will notify KB Staffing in writing of such non-compliance and afford KB Staffing fifteen (15) calendar days to remedy the non-compliance (the "Cure Period.") The Cure Period shall not apply, however, to the payments required by Paragraphs 9-12 above.

## COSTS

24. Each Party to this Decree shall bear its own costs associated with this Action.

SO ORDERED, ADJUDGED AND DECREED, this __21st__ day of August, 2017.

_____
JAMES D. WHITTEMORE
United States District Judge

cc: Copies to Counsel of Record

AGREED TO:

FOR THE PLAINTIFF, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:

By: _____

Robert E. Weisberg
U.S. Equal Employment Opportunity Commission
Miami District Office
2 South Biscayne Blvd., Suite 2700
Miami, Florida 33131
Telephone: (305) 808-1789
Facsimile: (305) 808-1835

Date: 8/15/17

FOR THE DEFENDANT KB STAFFING, LLC:

By: _____

Print Name: Kelly L. Braaten

Title: Member

Date: 8/15/17

AS TO FORM:

_____
William E. Grob, Fla. Bar No. _____
william.grob@ogletreedeakins.com
Gretchen M. Lehman, Fla. Bar No. 0046365
gretchen.lehman@ogletreedeakins.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Tel: (813) 289-1247
Fax: (813) 289-6530

13

## EXHIBIT A

## NOTICE TO ALL APPLICANTS AND EMPLOYEES

This Notice is being posted pursuant to a Final Judgment entered by the U.S. District Court in *EEOC v KB Staffing*, Case No. 8:16-cv-1088-T-27MAP. In this case, the EEOC alleged that KB STAFFING discriminated against applicants by unlawfully inquiring into their medical conditions in violation of the Americans with Disabilities Act.

The Americans with Disabilities Act as amended ("ADA" or "ADAAA") protects individuals from employment discrimination because of their disability. It also requires any employment-related medical examinations or screenings to be job-related and consistent with business necessity.

KB Staffing will not condone employment discrimination of any kind, including disability discrimination. It is the policy of KB Staffing to offer employment opportunities to all qualified employees and applicants, regardless of sex, race, color, religion, national origin, age, or disability. Appropriate corrective action, up to and including termination, based upon the circumstances involved, shall be taken against any employee (including management personnel) found to have violated KB Staffing's policy prohibiting discrimination.

KB Staffing assures applicants and employees that it supports the ADA/ADAAA and will not take any action against an individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or to file charges with EEOC.

EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex, and age. If you believe you have been discriminated against, you may contact EEOC at **(800) 669-4000**. EEOC charges no fees and has employees who speak languages other than English.

This Notice must remain posted for three (3) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice may be directed to: KB Staffing Judgment, c/o Regional Attorney Robert E. Weisberg, EEOC Legal Unit EEOC Legal Unit, Miami District Office, Miami Tower, 100 SE 2nd Street, Suite 1500, Miami, Florida 33131.

Date: _____

**DO NOT REMOVE, ALTER, DEFACE OR COVER BEFORE _____, 2020.**

14

## **EXHIBIT B**

## RELEASE OF CLAIMS
*Equal Employment Opportunity Commission v. KB Staffing, LLC*

I,_____, Claimant, in consideration for receiving a portion of the class fund, in connection with the resolution of *EEOC v. KB Staffing LLC*, No. 8:16-cv-01088-JDW-MAP, waive my right to recover for any claims of disability discrimination arising under the Americans with Disabilities Act that I had against KB Staffing prior to the date of this release and that were included in the claims alleged in EEOC's complaint in EEOC v. KB Staffing, No. 8:16-cv-01088-JDW-MAP.

Date:_____    Signature:_____

Print Name:    _____
            (First, Middle and Last)

**Please provide the following:**

Social Security Number: _____

Current Mailing Address:

_____

_____

Home:     (___)_____
Work:     (___)_____
Cell:     (___)_____
E-mail Address: _____

15